# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 17, 2019

160510 & (23)(25)(26)(29)(32)(33)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL JAMES DEARDOFF,
      Defendant-Appellant.

SC: 160510
COA: 348609
Bay CC: 16-010352-FH

_____/

      On order of the Court, the motions for immediate consideration and to add issues are GRANTED. The application for leave to appeal the September 11, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for habeas corpus and for superintending control are DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 17, 2019

Clerk

t1216